# United States Court of Appeals
## For the First Circuit

No. 00-1497

UNITED STATES,

Appellee,

v.

RAMON RAMIREZ-BENITEZ, a/k/a SEALED DEFENDANT 12,
a/k/a EL VIEJO, a/k/a MONCHO.

ERRATA SHEET

The opinion of this Court issued on June 4, 2002 is amended as follows:

Page 4, line 12 should be: "attorney.  See infra, for more details of the colloquy."